# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

| | |
|---|---|
| FRANKLIN L. WILLIAMS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Sheriff RONNIE H. McQUAIG; ) <br> Major ROYAL; Chief CADY, and ) <br> Dr. WROBEL, ) <br> ) <br> Defendants. ) | CIVIL ACTION NO.: CV508-078 |

## ORDER

After an independent and *de novo* review, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Plaintiff contends he filed his cause of action pursuant to 28 U.S.C. § 1443, a statute which ostensibly permits him, as a plaintiff, to file a notice of removal in federal court. Despite Plaintiff's contention, section 1443 only permits a defendant to remove a civil action or criminal prosecution "commenced in State court". 28 U.S.C. § 1443.

Plaintiff's Objections are without merit. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Plaintiff's action is

AO 72A
(Rev. 8/82)

**REMANDED** to the Ware County Superior Court. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 29 day of May, 2009.

_____
HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE